SHAWN N. ANDERSON
United States Attorney
LAURA C. SAMBATARO
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 479-4146
FAX: (671) 472-7215

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM
JUN 12 2019
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 19-00025 |
| Plaintiff, | **UNITED STATES' APPLICATION TO SEAL DOCUMENTS** |
| vs. | |
| JOEL PO YMBALLA, | *[FILED UNDER SEAL]* |
| Defendant. | |

COMES NOW, the United States and moves this Honorable Court for an Order sealing the Information and related filings, in the above-captioned case, for the reason that the defendant intends to cooperate with federal agents, and their investigation may be hindered by making these documents available for public scrutiny.

RESPECTFULLY SUBMITTED this 12th day of June, 2019.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: _____
LAURA C. SAMBATARO
Assistant U.S. Attorney