# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-19-00025          DATE: June 14, 2019

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present      Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio      Hearing Times: 3:05 - 3:32

**APPEARANCES:**

Defendant: Joel Po Ymballa      Attorney: Jeffrey Moots
☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Marivic P. David      U.S. Agent:
U.S. Probation: Janet Yamashita
Interpreter:      Language:

**PROCEEDINGS: Initial Appearance on an Information/Waiver of Indictment and Plea**
- Pen and ink changes made to the plea agreement parties waived initialing the changes.
- Financial Affidavit reviewed and accepted: Jeffrey Moots appointed to represent the defendant.
- Defendant consented to enter his/her plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Waiver of Indictment executed.
- Plea entered: Guilty to the charge.
- Report and Recommendation executed by the Court.
- Status Hearing is set for September 12, 2019 at 2:30 p.m.
- Defendant released.
- I, Walter M. Tenorio, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using For The Record The Record Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.

NOTES: