

FILED
DISTRICT COURT OF GUAM
JUN 14 2019
JEANNE G. QUINATA
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**JOEL PO YMBALLA,**<br>　　　　Defendant. | CRIMINAL CASE NO. 19-00025<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **JEFFREY MOOTS** is appointed to represent the Defendant in the above-entitled case.

Dated this 14th day of June, 2019.

　　　　　　　　　　　　　　　　　　　　　／s／ Joaquin V. E. Manibusan, Jr.
　　　　　　　　　　　　　　　　　　　　　JOAQUIN V. E. MANIBUSAN, JR.
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

ORIGINAL