IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>vs.<br><br>Joel Po Ymballa,<br><br>Defendant. | CRIMINAL CASE NO. 19-00025<br><br>**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN A FELONY CASE** |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to the Information charging him with Conspiracy to Import Fifty or More Grams of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 952(a), 960(b)(1)(H) and 963 and 18 U.S.C. § 2. After examining the defendant under oath, I have determined that the defendant is fully competent and capable of entering an informed plea, that the guilty plea was intelligently, knowingly and voluntarily made, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense.

///

///

///

///

///

I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly. IT IS SO RECOMMENDED.

DATED this 14th day of June.

/s/ JOAQUIN V.E. MANIBUSAN, JR.
JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

### NOTICE

**Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**