KIM R. WALMSLEY
Chief U.S. Probation Officer
TRINA P. DUENAS
U.S. Probation Officer
The District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 969-4600
Fax: (671) 969-4601

FILED
DISTRICT COURT OF GUAM
JUL 11 2019
JEANNE G. QUINATA
CLERK OF COURT

## THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.: 19-00025-001 |
| )  Plaintiff, ) | |
| vs. ) | INFORMATIONAL REPORT |
| JOEL PO YMBALLA, ) | |
| )  Defendant. ) | |

I, U.S. Probation Officer Trina P. Duenas, am assigned to supervise the Court ordered conditions of pretrial release for Joel Po Ymballa, and in this capacity, I declare as follows:

On June 12, 2019, Joel Po Ymballa appeared before the Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge, for a Filing of Information, Waiver of Indictment, and Entry of Plea hearing. Mr. Ymballa pled guilty to Conspiracy to Import Fifty or More Grams of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§952(a), 960(b)(1)(H) and 963 and 18 U.S.C. § 2. Mr. Ymballa was released on conditions to include drug testing. A status hearing is scheduled for September 12, 2019.

ORIGINAL

The defendant is alleged to have committed the following in violation of 18 U.S.C. § 3143:

**Special Condition:** *Not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.*

On June 21, 2019, this Officer met with Mr. Ymballa. He admitted in writing to the use of methamphetamine on June 14, 2019 and June 18, 2019. Mr. Ymballa has been placed on a schedule for drug testing and is being referred for a substance abuse assessment.

**Recommendation:** It is recommended that this report be for informational purposes only and no action taken by the Court at this time. Mr. Ymballa understands that additional violations may result in revocation of his pretrial release. His compliance will continue to be monitored closely, and any subsequent violations will be reported accordingly.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Informational Report
Re: YMBALLA, Joel Po
Page 3

Executed this 11th day of July 2019, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

KIM R. WALMSLEY
Chief U.S. Probation Officer

By: _____
TRINA P. DUENAS
U.S. Probation Officer

Reviewed by:

_____
GRACE D. FLORES
Deputy Chief U.S. Probation Officer