

PS 8
(4/07)

# THE DISTRICT COURT OF GUAM

U.S.A. vs: _____Joel Po Ymballa_____   Docket No. ___CR 19-00025-001___

**Petition for Action on Conditions of Pretrial Release**

COMES NOW _____TRINA P. DUENAS_____ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant _____Joel Po Ymballa_____ who was placed under pretrial release supervision by the _Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge_ sitting in the court at ___Hagåtña, Guam___ on the __14th__ date of __June__, 20 _19_ under the following conditions:

*Please see Order Setting Conditions of Release filed on June 14, 2019*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

*The Defendant committed violations of 18 U.S.C. § 3143.*

*Please see attached Declaration in Support of Petition and Request for a Summons.*

PRAYING THAT THE COURT WILL:

*Pursuant to 18 U.S.C. §3148, order that a Summons be issued, and upon its execution, that the defendant appear at a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.*

ORDER OF COURT
Considered and ordered this _____ day of
_____, 20_____ and ordered filed and made a part of the records in the above case.

☐ This Order and a copy of the warrant shall be filed under seal and disclosed only to the U.S. Marshals Service and the U.S. Probation Office for their official use, until the arrest of the Defendant.

Respectfully,

/s/ TRINA P. DUENAS
U.S. Pretrial Services Officer

Place: Hagåtña, Guam

Date: October 9, 2019

KIM R. WALMSLEY
Chief U.S. Probation Officer
TRINA P. DUENAS
U.S. Probation Officer
The District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 969-4600
Fax: (671) 969-4601

THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.: 19-00025-001 |
| Plaintiff, ) | |
| vs. ) | DECLARATION IN SUPPORT |
| ) | OF PETITION |
| JOEL PO YMBALLA, ) | |
| Defendant. ) | |

I, U.S. Probation Officer Trina P. Duenas, am assigned to supervise the Court ordered conditions of pretrial release for Joel Po Ymballa, and in this capacity, I declare as follows:

On June 12, 2019, Joel Po Ymballa appeared before the Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge, for a Filing of Information, Waiver of Indictment, and Entry of Plea hearing. Mr. Ymballa pled guilty to Conspiracy to Import Fifty or More Grams of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§952(a), 960(b)(1)(H) and 963 and 18 U.S.C. § 2. Mr. Ymballa was released and placed on supervision. A status hearing is scheduled for December 11, 2019.

On July 11, 2019, an Informational Report was filed after Mr. Ymballa admitted to the use of methamphetamine on two occasions. This officer referred him for substance abuse counseling and no court action was requested or taken.

On August 14, 2019, a second Informational Report was filed after Mr. Ymballa tested positive a third time. Again, no court action was requested, as Mr. Ymballa had just begun substance abuse treatment, and he had tested negative several times.

The defendant is alleged to have committed the following in violation of 18 U.S.C. § 3143:

**Special Condition:** *Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.*

**Special Condition:** *Not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.*

On August 14, 2019, Mr. Ymballa was scheduled for a drug test, but failed to report for testing. This officer met with him the following day and he admitted in writing to the use of methamphetamine on August 14, 2019.

On September 6, 2019, Mr. Ymballa was scheduled for a drug test, and again failed to report.

On September 25, 2019, Mr. Ymballa was scheduled for a drug test. He reported as scheduled and submitted to a urinalysis which was presumptive positive for methamphetamine. He admitted in writing to the use of methamphetamine on September 20, 2019.

On October 4, 2019, Mr. Ymballa failed to report for another drug test. He then reported for a drug test on October 6, 2019 and tested presumptive positive for methamphetamine. He initially denied the violation, but after meeting with this officer on October 7, 2019, he admitted in writing to the use of methamphetamine on October 5, 2019.

**Supervision Compliance:** Mr. Ymballa is participating in individual and group counseling sessions. He has tested negative nine times since the last report to the Court, and he reports to this officer as instructed.

**Recommendation:** This Probation Officer respectfully requests the Court to issue a Summons for Joel Po Ymballa to appear at a hearing to determine if his bail should be revoked or modified, pursuant to 18 U.S.C. § 3148.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Informational Report
Re: YMBALLA, Joel Po
Page 4

      Executed this 9th day of October 2019, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

KIM R. WALMSLEY
Chief U.S. Probation Officer

By: /s/ TRINA P. DUENAS
U.S. Probation Officer

Reviewed by:

/s/ GRACE D. FLORES
Deputy Chief U.S. Probation Officer