IN THE DISTRICT COURT OF GUAM
                                    TERRITORY OF GUAM
                                     CRIMINAL MINUTES
                                         GENERAL

CASE NO.: CR-19-00025                            DATE: October 31, 2019

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present                          Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio               Hearing Times: 1:35 - 1:40

**APPEARANCES:**
Defendant: Joel Po Ymballa                       Attorney: Jeffrey Moots
☑ Present ☑ Custody ☐ Bond ☐ P.R.                ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Laura C. Sambataro                 U.S. Agent:
U.S. Probation: Trina Duenas
Interpreter:                                      Language:

**PROCEEDINGS: Evidentiary Hearing**
- Defendant admits to all the allegations in the petition.
- Defendant requested to be released to light house recovery as an inpatient, government would have no objections if the defendant filed a motion and if a bed space is available. Request is denied.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: