SHAWN N. ANDERSON
United States Attorney
LAURA C. SAMBATARO
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL PO YMBALLA,<br><br>Defendant. | CRIMINAL CASE NO. 19-00025<br><br>**ORDER**<br>Granting Motion to Vacate Status Hearing and Schedule Sentencing<br>(ECF No. 49) |

On February 8, 2021, the United States filed a Motion to Vacate Status Hearing and Set Sentencing. For good cause shown, the court hereby vacates the status hearing set for February 9, 2021, and hereby sets this matter for sentencing as set forth in the following schedule:

- U.S. Probation Office shall file and serve a Draft
  Presentence Report no later than . . . . . . . . . . . . . . . . . . . . . . .    March 25, 2021

- Each Party shall file and serve a Response to Draft
  Presentence Report no later than . . . . . . . . . . . . . . . . . . . . . . .    April 8, 2021

   - A "Response" shall include any and all objections to material information, the computation of the sentencing guideline range(s), and policy statements contained in or omitted from the report.

- If an Objection is filed, the opposing party shall file and
  Serve a Reply to the Objection no later than . . . . . . . . . . . . . .    April 15, 2021

- U.S. Probation Office shall file and serve the Final
  Presentence Report, including the Addendum and
  Sentencing Recommendation, no later than . . . . . . . . . . . . . .    April 22, 2021

///

- Each party shall file and serve a sentencing memorandum and any motion for an upward or downward departure along with the grounds for such departure (*e.g.*, substantial assistance, aggravating or mitigating circumstances of a kind or to a degree not adequately considered by the Guidelines, etc.) . . . . . . . . . . . . . . . . . . . .   April 29, 2021

- A sentencing hearing shall be held on . . . . . . . . . . . . . . . .   May 10, 2021, at 9:30 a.m.



/s/ Michael J. Bordallo
   **U.S. Magistrate Judge**
**Dated: Feb 09, 2021**